

FILED
JUL 1 1 2018
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE CRIMINAL COMPLAINT REGARDING JOSE JESUS ISLAVA-LOPEZ** | MJ 18-31-BLG-TJC<br><br>ORDER SEALING CASE |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it including the Complaint and Affidavit filed herein are SEALED.

IT IS FURTHER ORDERED that this case is unsealed upon Jose Jesus Islava-Lopez's initial appearance.

DATED this 11 day of July, 2018.

TIMOTHY J. CAVAN
United States Magistrate Judge