# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE JESUS ISLAVA-LOPEZ,<br><br>Defendant. | MJ 18-31-BLG-TJC<br><br><br>AMENDED ORDER REGARDING MOTION TO SEAL CASE |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it including the Complaint and Affidavit are SEALED.

IT IS FURTHER ORDERED that this case will be unsealed upon Jose Jesus Islava-Lopez's initial appearance, but the Complaint and Affidavit will remain sealed.

DATED this 12th day of July, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge